1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DEXTER BROWN,                          No.  2:19-cv-0329 TLN KJN P

12                 Plaintiff,

13       v.                                 ORDER

14   GAVIN NEWSOM, et al.,

15                 Defendants.

16

17         Plaintiff filed his second request for an extension of time to file objections to the February

18   21, 2020 findings and recommendations, and also filed a motion to stay these proceedings.

19   Plaintiff states that due to the current COVID-19 pandemic, California Health Care Facility is on

20   modified program since March 18, 2020.  Such program deprives plaintiff of law library access,

21   which means he is unable to use the ADA word processor, and can only access legal authorities

22   by using the paging system.  Good cause appearing, plaintiff's request for an extension of time is

23   granted.  In light of such lengthy extension, no stay of this action is required at this time.  Plaintiff

24   is cautioned that he is granted an extension of time to file objections to the findings and

25   recommendations, not to further seek leave to amend.  Plaintiff has previously filed amended

26   complaints, and the court is not inclined to grant plaintiff further leave to amend in this action.

27   Fed. R. Civ. P. 15(a).

28   ////

IT IS HEREBY ORDERED that:

1.  Plaintiff's request for an extension of time (ECF No. 22) is granted;

2.  Plaintiff's motion for stay (ECF No. 23) is denied without prejudice; and

3.  Plaintiff is granted until June 30, 2020, in which to file objections to the findings and recommendations.

Dated:  April 10, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/brow0329.36sec